

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record is due on December 29, 2017. On December 22, 2017, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that although appellant's counsel contacted her on November 14, 2017, and stated he would make a deposit of partial fees, counsel has wholly failed to pay any fees.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.



Keith E. Hottle
Clerk of Court